UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BOYER COFFY, LLC.
970 Clifton Ave, Suite 101
Clifton, NJ 07013
Tel No: 973-798-6131
Fax No: 201-648-2643

In Re:
Troy A. Harris

Debtor

Case No.: 26-17109

Chapter: 13

Hearing Date: 9/9/26 @10am

Judge: Stacey L. Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Doc #12

Date: 8/17/2026

/s/ Leonard R. Boyer, Esq.
Signature