| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LEONARD R. BOYER, ESQ.**<br>**BOYER COFFY, LLC.**<br>**970 Clifton Ave, Suite 101**<br>**Clifton, New Jersey 07013**<br>**Tel No: 973-798-6131**<br>**Fax No: 201-648-2643** | |
| **Troy A. Harris**<br><br>**Debtor** | Case No: 26-17109<br><br>Honorable: Stacey L. Meisel<br><br>Chapter 13<br><br>Hearing Date: 9/9/26 |

**OPPOSITION TO TRUSTEE'S OBJECTION**
**TO CONFIRMATION OF PLAN**

I, Leonard R. Boyer, Esq., of Boyer Coffy, LLC., I am the attorney in the above-mentioned matter.

Marie-Ann Greenberg, Chapter 13 Standing Trustee filed an Objection to Confirmation of Plan.

Per trustee's Objection our office has filed via 13 documents, 6 months paystubs and last two weeks paystubs before 341 hearing.

Trustee's objection to Part4g treatment of creditors, Summer Street Townhouse Assoc., was placed in the wrong place, we have corrected same.

Part4a, standard language has been changed to "Debtor will attempt to secure a VA loan modification via DMM Portal.

The debtor prays that this court will allow him to continue with his Chapter 13 Petition, as he has complied with all requirements.

Dated: September 2, 2026

<u>/s/ LEONARD R. BOYER, ESQ.</u>
LEONARD R. BOYER, ESQ.