UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BOYER COFFY, LLC.
970 Clifton Ave, Suite 101
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-648-2643

In Re:

Troy A. Harris

Debtor

Case No.: 26-17109

Chapter: 13

Adv. No.: ______

Hearing Date: 9/9/26 @10am

Judge: Stacey L. Meisel

## CERTIFICATION OF SERVICE

1. I, Leonard R. Boyer :

☒ represent Debtor in this matter.

☐ am the secretary/paralegal for ______, who represents ______ in this matter.

☐ am the ______ in this case and am representing myself.

2. On August 17, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Motion to Reinstate Automatic Stay
Statement as to why no brief is necessary
Certification of Debtor
Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/17/26

/s/ Leonard R. Boyer
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midfirst Bank<br>999 NW Grand Blvd.<br>Oklahoma City, OK 73118 | Mortgage Co. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midfirst Bank<br>c/o RAS<br>130 Clinton Road<br>Fairfield, NJ 07004 | Attorneys for Mtg Co | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Summer Street Townhouse Assoc.<br>80-86 Summer St<br>Passaic, NJ 07055 | HOA | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems, LLC.<br>P.O. Box 7999<br>St. Cloud, MN 56302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Upstart Network, Inc.<br>c/o Peritus Portfolio Services<br>P.O. Box 1149<br>Grapevine, TX 76099 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group, LLC.<br>Reel Time Capital LLC.<br>P.O. Box 788<br>Kirkland, WA 98083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Oportun, Inc.<br>Jefferson Capital Systems<br>P.O. Box 7999<br>St. Cloud, MN 56302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| One Main Financial Group, LLC.<br>P.O. Box 3251<br>Evansville, IN 47731 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express National Bank<br>c/o Becket & Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Amex<br>Correspondence Bankruptcy<br>P.O. Box 981535<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cstmrbk/upst<br>P.O. Box 1503<br>San Carlos, CA 94070 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Springfield Finance<br>P.O. Box 1010<br>Evansville, IN 47706 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |