Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−17109−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Troy A Harris
aka Tre Harris, aka Trey Harris
80 Summer St
Unit 24
Passaic, NJ 07055

Social Security No.:
xxx−xx−2745

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 6/19/2026 and a confirmation hearing on such Plan has been scheduled for 9/9/2026.

The debtor filed a Modified Plan on 10/5/2026 and a confirmation hearing on the Modified Plan is scheduled for 11/16/2026 at 9:45 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 5, 2026
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Troy A Harris
Debtor

Case No. 26-17109-SLM
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 05, 2026 | Form ID: 186 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy A Harris, 80 Summer St, Unit 24, Passaic, NJ 07055-8662 |
| 521259039 | + | Summer Street Townhouse Association, 80-86 Summer Street, Passaic, NJ 07055-8660 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2026 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2026 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521303258 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2026 21:59:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521259032 | + | Email/PDF: bncnotices@becket-lee.com | Oct 05 2026 21:59:45 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521259033 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2026 21:59:44 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521259034 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 05 2026 21:54:00 | Cstmrbk/upst, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521265541 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 05 2026 21:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521338560 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 21:59:32 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 521259035 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 21:59:45 | Midfirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 521259036 | + | Email/Text: RASEBN@raslg.com | Oct 05 2026 21:53:00 | Midfirst Bank, c/o RAS, 130 Clinton Road, Fairfield, NJ 07004-2926 |
| 521259037 | | Email/Text: bankruptcy@oportun.com | Oct 05 2026 21:53:00 | Oportun, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070 |
| 521302870 | + | Email/PDF: cbp@omf.com | Oct 05 2026 21:59:32 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 521298961 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 05 2026 21:54:00 | Oportun, Inc., Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 521377140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 21:59:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 521377141 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 21:59:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

| | | | | |
|---|---|---|---|---|
| 521262270 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2026 21:54:00 | Quantum3 Group LLC as agent for, Reel Time Capital LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521259038 | + | Email/PDF: cbp@omf.com | Oct 05 2026 21:59:44 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 521271439 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 05 2026 21:54:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 521328094 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 05 2026 21:59:46 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leonard R Boyer | on behalf of Debtor Troy A Harris lrbnjesq@gmail.com mcordova48890@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4