Order Filed on October 29, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LEONARD R. BOYER, ESQ.**
**BOYER COFFY, LLC.**
**970 Clifton Ave, Suite 101**
**Clifton, New Jersey 07013**
**Tel No: 973-798-6131**
**Fax No: 201-648-2643**

**Troy A. Harris**

**Debtor**

Case No: 26-17109-SLM

Honorable: Stacey L. Meisel

Chapter 13

Hearing Date: 10/28/2026 @10am

## ORDER REINSTATING AUTOMATIC STAY
## AS TO ALL CREDITORS

The relief set forth on the following page is hereby ORDERED.

**DATED: October 29, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by Leonard R. Boyer, Esq.______
and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The automatic stay is reinstated as to all creditors ^ properly served with the motion as of the date of this order, except those previously granted stay relief.

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service